# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| DEMETRIUS LEE, | |
| Plaintiff, | 2:24-cv-99 |
| v. | |
| JUDGE STEPHEN SCARLETT, KEITH HIGGINS, and BART ALTMAN, | |
| Defendants. | |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Amended Complaint based on Plaintiff's failure to state a viable claim under 42 U.S.C. § 1983. Dkt. No. 20. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Amended Complaint, dkt. nos. 1, 19, **DIRECT** the Clerk of Court to **CLOSE** this case and

enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

**SO ORDERED**, this 17 day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA