AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMETRIUS LEE,

    Plaintiff,

v.

JUDGE STEPHEN SCARLETT,
KEITH HIGGINS, and BART ALTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-99

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered December 17, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed, and Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: December 17, 2-25

John E. Triplett, Clerk of Court
Clerk

_Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020